JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLE ASIA HOLDINGS PTE LTD and DOLE PACKAGED FOODS LLC<br><br>Plaintiff(s),<br><br>v.<br><br>HONOUR LANE LOGISTICS (USA) INC.<br><br>Defendant(s). | Case No. 2:21-cv-09400-RSWL-MARx<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court, having considered the Stipulation for Dismissal With Prejudice Pursuant to FRCP 41 of Plaintiffs DOLE ASIA HOLDINGS PTE LTD and DOLE PACKAGED FOODS LLC, and Defendant, HONOUR LANE LOGISTICS (USA) INC., finds good cause exists and grants the request, with each party to bear its own attorneys' fees

**IT IS SO ORDERED.**

Dated: March 30, 2022          */S/ RONALD S.W. LEW*
                                Ronald S.W. Lew
                                United States District Judge